# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Diana Prince Construction, Inc. | ) | ASBCA No. 61081 |
| | ) | |
| Under Contract No. W912P5-15-C-0001 | ) | |

APPEARANCES FOR THE APPELLANT:

Eric Whytsell, Esq.
Rodney Stieger, Esq.
  Jackson Kelly PLLC
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:

Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
Bonnie B. Jagoditz, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Nashville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61081, Appeal of Diana Prince Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals